IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEMORY CONTROL ENTERPRISE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC., KEDS, LLC and YAMAHA MOTOR CORPORATION, U.S.A.,<br><br>Defendants. | Case No. 1:11-cv-35<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S LOCAL RULE 3.2 NOTICE AS TO AFFILIATES – <u>DISCLOSURE STATEMENT</u>**

Pursuant to Local Rule 3.2, Plaintiff Memory Control Enterprise, LLC submits the following statement:

Memory Control Enterprise, LLC, a limited liability company, has no parent corporation and no publicly held affiliates.

Date: January 4, 2011

Respectfully submitted,

/s/ Richard B. Megley, Jr.
Raymond P. Niro
Richard B. Megley, Jr.
Brian E. Haan
Anna B. Folgers
Niro, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
Email: rniro@nshn.com
Email: megleyjr@nshn.com
Email: bhaan@nshn.com
Email: afolgers@nshn.com
***Attorneys for Memory Control Enterprise, LLC***