IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEMORY CONTROL ENTERPRISE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BELKIN INTERNATIONAL, INC., KEDS, LLC and YAMAHA MOTOR CORPORATION, U.S.A.,<br><br>Defendants. | Case No. 1:11-cv-35<br><br>**JURY TRIAL DEMANDED** |

### **PLAINTIFF'S LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT**

Pursuant to Local Rule 3.4, Plaintiff Memory Control Enterprise, LLC provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. § 290:

1. **Name and Address of the Plaintiff:**

   Memory Control Enterprise, LLC
   82A Railroad Street
   Crystal Lake, Illinois 60014

2. **Names and Addresses of the Defendants:**

   Belkin International, Inc.
   12045 East Waterfront Drive
   Playa Vista, California 90049

   Keds, LLC
   191 Spring Street
   Lexington, Massachusetts 02421

   Yamaha Motor Corporation, U.S.A.
   6555 Katella Avenue
   Cypress, California 90630

3. **Name of the Inventor**

   Scott C. Harris

4. **Patent Number Involved:**

   U.S. Patent No. 6,704,791 B1

Date: January 4, 2011					Respectfully submitted,

/s/ Richard B. Megley, Jr.
Raymond P. Niro
Richard B. Megley, Jr.
Brian E. Haan
Anna B. Folgers
Niro, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
Email: rniro@nshn.com
Email: megleyjr@nshn.com
Email: bhaan@nshn.com
Email: afolgers@nshn.com

*Attorneys for Memory Control Enterprise, LLC*